**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| | : | |
| **JONATHAN ARIEL VERA-MONTERO** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **J.L. JAMISON, in his capacity as the Facility** | : | **No. 26-cv-2662** |
| **Administrator of the Philadelphia Federal** | : | |
| **Detention Center, et al.,** | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this **28th** day of **April 2026**, upon review of Petitioner  Jonathan Ariel Vera-Montero's Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (the "Petition") (ECF No. 1), Respondents' Letter Dated April 24, 2026 (ECF No. 4), and the docket, it is hereby **ORDERED** that the Petition (ECF No. 1) is **GRANTED** as follows:

1. For the reasons stated in this District's prior cases, *see, e.g.*, Memorandum Opinion at 1–10, *Demirel v. Fed. Det. Ctr. Phila.*, No. 25-cv-5488 (E.D. Pa. Nov. 18, 2025); Memorandum Opinion at 1–14, *Anirudh v. McShane*, No. 25-cv-6458 (E.D. Pa. Dec. 9, 2025); Memorandum Opinion at 1–5, *Rios Porras v. O'Neill*, No. 25-cv-6801 (E.D. Pa. Dec. 22, 2025), which Respondents concede are not materially distinguishable, *see* ECF No. 4 at 1, Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. **Petitioner is twenty-four (24) years old. *Id.* ¶ 23.  Petitioner, a citizen and native of Ecuador, entered the United States in 2023.  ECF No. 1 ¶¶ 4, 23.  After his entry**

**in 2023, Petitioner applied for asylum, obtained work authorization, obtained employment, filed federal tax returns, and appeared for routine U.S. Immigration and Customs Enforcement ("ICE") supervision check-ins.** *Id.* **¶¶ 24–25, 29–30. Further, upon review of the Petition and the Response, the record reflects that Petitioner has had no criminal interventions to date.** *Id.* **¶ 26. Petitioner was arrested and taken into custody upon appearing for a routine ICE supervision check-in on April 21, 2026.** *Id.* **¶ 30–31.**

3. **Because Petitioner is being held in custody at the Federal Detention Center in Philadelphia in violation of the laws and the Constitution of the United States, he is to be IMMEDIATELY RELEASED.**

4. Respondents are **DIRECTED** to return to Petitioner any and all funds, identification, or property which may have been seized from Petitioner at the time of his arrest.

5. Respondents are **DIRECTED** to certify compliance with the Court's Order by filing such certification on the docket on or before **April 29, 2026 at 12:00 P.M.**

6. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**

2